THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES DI UMBERTO, Appellant, v. HAROLD W. FOLLETTE, as Warden of Green Haven Prison,

Respondent.—

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.